UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Baker, et al. v. Johnson & Johnson, et al.*
Case No. 2:22-cv-2868

## ORDER

This matter is before the Court on the motion of Defendants C.R. Bard, Inc. and Davol, Inc. to compel production of Plaintiffs' Plaintiff Profile Forms ("PPF") as required by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57). Defendants' motion (ECF No. 25) is **GRANTED**. Plaintiffs are required to produce the completed PPFs within twenty-one days or this case will be dismissed.

**IT IS SO ORDERED.**


**4/11/2023**            s/Edmund A. Sargus, Jr.
**DATE**                 EDMUND A. SARGUS, JR.
                         UNITED STATES DISTRICT JUDGE